1  MacPHERSON KWOK CHEN & HEID LLP
   JENNIFER M. LANTZ (SBN 202252)
2  1762 Technology Drive, Suite 226
   San Jose CA  95110
3  Telephone:  (408) 392-9250
   Facsimile:  (408) 392-9262
4  Email address: jlantz@macpherson-kwok.com

5  Attorneys for Plaintiff
   ZIRCON CORPORATION

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ZIRCON CORPORATION, | Case No. C03 03577 JSW |
| Plaintiff, | [~~PROPOSED~~] ORDER AND JOINT STIPULATION FOR NINTH EXTENSION OF TIME FOR THE STANLEY WORKS TO ANSWER OR OTHERWISE RESPOND TO ZIRCON CORPORATION'S COMPLAINT |
| vs. | |
| THE STANLEY WORKS, | |
| Defendant. | |

WHEREAS, Zircon Corporation ("Zircon") commenced this action in the United States District Court for the Northern District of California on July 31, 2003, and requested waiver of summons on The Stanley Works ("Stanley") on September 24, 2003;

WHEREAS, Zircon and Stanley continue to actively work towards a settlement of this matter, have exchanged several sets of settlement terms, and Stanley is currently developing a response to Zircon's most recent set of proposed terms.  The parties hope to conclude such negotiations within the next ninety days;

WHEREAS, under the first order setting initial case management conference, meet and confer and ADR certifications were due November 21, 2003 and Stanley's answer was due on November 24, 2003;

WHEREAS, under the first order setting an initial case management conference, initial

-2-

1  disclosures, a case management statement, and the Rule 26(f) report were due on December 5,
2  2003;
3       WHEREAS, Zircon has agreed to grant Stanley an extension of time within which Stanley
4  may answer Zircon's complaint;
5       WHEREAS the parties previously stipulated, and this Court ordered, that the deadline for
6  meet and confer and ADR certifications, the answer, and any other responses to the complaint or
7  allegations contained therein was extended to May 27, 2005, that the deadline for initial
8  disclosures, case management statement, and Rule 26(f) report was extended to June 17, 2005,
9  and that the Case Management Conference would be held on June 24, 2005.
10      NOW THEREFORE, in order to attempt to conclude settlement negotiations, the parties
11  hereto, by and through their undersigned counsel, and subject to the approval of the Court,
12  stipulate and agree as follows:
13      (1) That the deadline for meet-and-confer and ADR certifications, Stanley's answer, and
14  any other responses to the complaint or allegations contained therein is extended to August 26,
15  2005.
16      (2) That the deadline for initial disclosures, the case management statement, and the Rule
17  26(f) report is extended to September 16, 2005.
18      (3) That parties appear in court for a case management conference on Friday, September
19  23, 2005, at 1:30 p.m. or at a subsequent date and time set by the Court.
20
21  Dated:  May 24, 2005
22  MACPHERSON KWOK CHEN &                    PILLSBURY WINTHROP SHAW
    HEID LLP                                 PITTMAN LLP
23
24
    By _____/s/_____             By _____/s/_____
25      Jennifer M. Lantz                        Brian Beatus
        Attorneys for Plaintiff                  Attorneys for Defendant
26      ZIRCON CORPORATION                       THE STANLEY WORKS
27
28

-2-
[PROPOSED] ORDER AND JOINT STIPULATION FOR NINTH EXTENSION OF TIME FOR THE STANLEY WORKS TO
ANSWER OR OTHERWISE RESPOND TO ZIRCON CORPORATION'S COMPLAINT - Case No. C03 03577 JSW

-3-

I attest under penalty of perjury that concurrence in the filing of the above stipulation has been obtained from Brian Beatus, counsel for The Stanley Works.

Dated: May 26, 2005

By    /s/
Jennifer M. Lantz
Attorneys for Plaintiff
ZIRCON CORPORATION

SO ORDERED, this  27th  day of  May , 2005.

/s/ Jeffrey S. White
United States District Judge