1  MacPHERSON KWOK CHEN & HEID LLP
   JENNIFER M. LANTZ (SBN 202252)
2  1762 Technology Drive, Suite 226
   San Jose CA  95110
3  Telephone:  (408) 392-9250
   Facsimile:  (408) 392-9262
4
   Attorneys for Plaintiff
5  ZIRCON CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ZIRCON CORPORATION, | Case No. C03 03577 JSW |
| Plaintiff, | **[PROPOSED]** ORDER AND JOINT STIPULATION FOR TENTH EXTENSION OF TIME FOR THE STANLEY WORKS TO ANSWER OR OTHERWISE RESPOND TO ZIRCON CORPORATION'S COMPLAINT |
| vs. | |
| THE STANLEY WORKS, | |
| Defendant. | |

WHEREAS, Zircon Corporation ("Zircon") commenced this action in the United States District Court for the Northern District of California on July 31, 2003, and requested waiver of summons on The Stanley Works ("Stanley") on September 24, 2003;

WHEREAS, Zircon and Stanley have reached a settlement in principle and are currently finalizing settlement documents, and the parties expect to finalize such documents within the next thirty days;

WHEREAS, under the first order setting initial case management conference, meet and confer and ADR certifications were due November 21, 2003 and Stanley's answer was due on November 24, 2003;

WHEREAS, under the first order setting an initial case management conference, initial disclosures, a case management statement, and the Rule 26(f) report were due on December 5,

-2-

1  2003;

2      WHEREAS, Zircon has agreed to grant Stanley an extension of time within which Stanley

3  may answer Zircon's complaint;

4      WHEREAS the parties previously stipulated, and this Court ordered, that the deadline for

5  meet and confer and ADR certifications, the answer, and any other responses to the complaint or

6  allegations contained therein was extended to August 26, 2005, that the deadline for initial

7  disclosures, case management statement, and Rule 26(f) report was extended to September 16,

8  205, and that the Case Management Conference would be held on September 23, 2005.

9      NOW THEREFORE, in order to attempt to finalize the settlement documents, the parties

10 hereto, by and through their undersigned counsel, and subject to the approval of the Court,

11 stipulate and agree as follows:

12     (1)    That the deadline for meet-and-confer and ADR certifications, Stanley's answer,

13 and any other responses to the complaint or allegations contained therein is extended to September

14 30, 2005.

15     (2)    That the deadline for initial disclosures, the case management statement, and the

16 Rule 26(f) report is extended to October 21, 2005.

17     (3)    That the Parties appear in court for a case management conference on Friday,

18 October 28, 2005, at 1:30 p.m., or at a subsequent date and time set by the Court.

19

20 Dated: August 26, 2005

21 MACPHERSON KWOK CHEN & HEID LLP     PILLSBURY WINTHROP SHAW
22     PITTMAN LLP

23 By   /s/
    Jennifer M. Lantz     By   /s/
24     Attorneys for Plaintiff     Brian Beatus
    ZIRCON CORPORATION     Attorneys for Defendant
25     THE STANLEY WORKS

26

27

28

-3-

1  I attest under penalty of perjury that concurrence in the filing of the above stipulation has
2  been obtained from Brian Beatus, counsel for The Stanley Works.
3  Dated: August 26, 2005

By _____/s/_____
Jennifer M. Lantz
Attorneys for Plaintiff
ZIRCON CORPORATION

This extension will be the parties' tenth and final extension.

SO ORDERED, this 26 day of August, 2005.

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

-3-
**[PROPOSED]** ORDER AND JOINT STIPULATION FOR TENTH EXTENSION OF TIME FOR THE STANLEY WORKS TO
ANSWER OR OTHERWISE RESPOND TO ZIRCON CORPORATION'S COMPLAINT - Case No. C03 03577 JSW