ALAN H. MACPHERSON (SBN 44286)
JENNIFER M. LANTZ (SBN 202252)
MacPHERSON KWOK CHEN & HEID LLP
1762 Technology Drive, Suite 226
San Jose, California 95110
Phone: (408) 392-9250
Facsimile: (408) 392-9262

Attorneys for Plaintiff
ZIRCON CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ZIRCON CORPORATION, | Case No. C03 03577 JSW |
| Plaintiff, | **CORRECTED NOTICE OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| THE STANLEY WORKS, | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Zircon Corporation ("Zircon") hereby requests that its claims against Defendant The Stanley Works be dismissed with prejudice, each party to bear its own costs and fees. Defendant has not served an answer or a motion for summary judgment in this action.

DATED: October 3, 2005          Respectfully submitted,

MacPHERSON KWOK CHEN & HEID LLP

By  /s/
Jennifer M. Lantz
Attorneys for Plaintiff
ZIRCON CORPORAITON

Case No. **C03 03577 JSW**          -1-          **NOTICE OF DISMISSAL WITH PREJUDICE**

ORDER

The Court being so advised HEREBY ORDERS and DECREES:

1. All claims against the Defendant are hereby DISMISSED WITH PREJUDICE; and

2. Each party shall bear its own costs and attorneys' fees.

DATED: October 4, 2005          By _____*Jeffrey S White*_____
                                    UNITED STATES DISTRICT JUDGE

Case No. C03 03577 JSW                    -2-                NOTICE OF DISMISSAL WITH PREJUDICE